USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTY HINES,

                Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                Defendant.

ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

23-CV-3672 (RA)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been reassigned to me for general pretrial supervision purposes. A Case Management Conference in this matter will be held on **Wednesday, September 13, 2023 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

    **SO ORDERED.**

Dated:   August 16, 2023
             New York, New York

*[Signature: Katharine H. Parker]*

KATHARINE H. PARKER
United States Magistrate Judge