```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTY HINES,

                Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                Defendant.

**ORDER**

23-CV-3672 (RA)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the September 13, 2023 Case Management Conference:

***Pleadings:*** The parties shall have until **Friday, September 29, 2023** to amend the pleadings and join parties. No further amendments or joinder of parties will be permitted thereafter absent a showing of good cause.

***Fact Discovery:*** Plaintiff is instructed to produce authorizations in response to Defendant's September 5 demand letter on a rolling basis as soon as possible, and not to wait until anticipated surgeries are completed. The deadline to complete depositions is extended from Tuesday October 31, 2023 to **Thursday, November 30, 2023**.

***Expert Discovery:*** Plaintiff's affirmative expert reports are due on **Monday, January 15, 2024**. Rebuttal reports, if any, are due on **Wednesday, February 14, 2024**. As a reminder, all expert discovery is due by **Thursday, February 29, 2024**.

***Status Letter***: On **Tuesday, October 31, 2023**, the parties shall file a joint status letter updating the Court on the status of discovery and Plaintiff's continuing treatment.

***Notice of Appearance:***  Plaintiff's counsel, Jeffrey Manca, shall make an appearance in this case by **Wednesday, September 20, 2023**.

        **SO ORDERED.**

Dated:   September 13, 2023
            New York, New York

*/s/ Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge