UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINES,

          Plaintiff,

    v.                                                    No. 23-CV-3672 (RA)

The Stop & Shop Supermarket Company LLC,                            ORDER

          Defendant.

RONNIE ABRAMS, United States District Judge:

      A post-fact discovery conference in this matter is currently scheduled for Friday, December 8, 2023. Given the extended deadline for fact discovery, the post-fact discovery conference is hereby adjourned to Friday, March 8, 2024 at 2:30 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case.

SO ORDERED.

Dated:    December 7, 2023
             New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge