UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024
```

KRISTY HINES,

                Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                Defendant.

<u>ORDER</u>

23-CV-3672 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed at the January 9, 2024 Case Management Conference, the parties shall file a joint status letter on **Monday, March 11, 2024** providing an update as to the status of discovery, including (i) whether Defendant has received all relevant medical records; (ii) whether the parties have completed depositions as to liability; (iii) whether the parties require an extension to complete additional depositions.

      **SO ORDERED.**

Dated:  January 10, 2024
            New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge