```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTY HINES,

            Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

           Defendant.

**ORDER**

23-CV-3672 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the May 7, 2024 Case Management Conference, the deadline for expert discovery is extended to **Tuesday, August 27, 2024**. The deadline for Plaintiff's expert report is extended to **Friday, July 12, 2024** and the deadline for Defendant's rebuttal report is extended to **Friday, August 9, 2024**. The parties shall file a joint status letter on **Thursday, June 6, 2024** providing an update as to the status of expert discovery and settlement.

The parties are directed to contact Magistrate Judge Sarah L. Cave at (212) 805-0214 to schedule a settlement conference.

    SO ORDERED.

Dated: May 8, 2024
         New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge