```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTY HINES,

                 Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET
COMPANY LLC,

                 Defendant.

**ORDER**

23-CV-3672 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Court is in receipt of the parties' status letter located at ECF No. 39. The parties shall file another status letter by June 28, 2024, updating the Court on the status of discovery and settlement.

**SO ORDERED.**

Dated:   June 6, 2024
             New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge