UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTY HINES,

        Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET
COMPANY LLC,

        Defendant.

POST-CONFERENCE ORDER

23-CV-3672 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the Case Management Conference on October 7, 2024:

By **Tuesday October 15, 2024,** Plaintiff shall file a formal motion requesting an extension of the expert discovery deadline. Defendant shall file an opposition to Plaintiff's motion by **Tuesday, October 29, 2024**. No reply. Both the motion and opposition should address how an extension of the expert discovery deadline would impact the trial schedule, and impact Defendant's expert report.

        SO ORDERED.

Dated:   October 8, 2024
           New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge