# TORINO & BERNSTEIN, P.C.

BRUCE A. TORINO
KENNETH BERNSTEIN (1956-2013)
VINCENT J. BATTISTA
CHRISTINE M. CAPITOLO
ELLIE S. KONSTANTATOS

ATTORNEYS AT LAW
200 OLD COUNTRY ROAD, SUITE 220
MINEOLA, NEW YORK 11501-4236

(516) 747-4301
Fax (516) 747-5956

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2024

December 11, 2024

*Via PACER*

HON. MAGISTRATE JUDGE KATHERINE H. PARKER
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   KRISTY HINES
      vs. THE STOP & SHOP SUPERMARKET COMPANY LLC
      Docket #: 1:23-cv-3672

Dear Honorable Magistrate Judge Parker:

Our office represents the Defendant, The Stop & Shop Supermarket Company LLC, in this matter.

In response to our letter filed yesterday, we received an amended disclosure from Plaintiff with their expert's fees and address.

However, counsel has advised that their expert is only available on Fridays to testify at deposition and is not available until January 10, 2025.

As the expert is not available until January 10, 2025, which is after the deadline set forth in the November 7, 2024 Order, Defendant is requesting an extension of the deadlines set forth in the November 7, 2024, Order by one week.

We thank you for the Court's attention to this matter.

Very Truly Yours,

*Sasha S. Shafeek*

SASHA S. SHAFEEK (6348)

SSS:lmw

cc:   Michelle Jean-Jacques, Esq.
      *via: PACER*

---

Defendant's request is GRANTED. The deadline for Defendant to depose Plaintiff's treating physician is extended until **January 14, 2025**. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 59 and 60.

SO ORDERED:

*Katharine H. Parker*   12/16/2024

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE